**94–1948.** May v. Bowland. *Hamilton County,* No. C–930924. Reported at 71 Ohio St.3d 1435, 643 N.E.2d 141. On motion for reconsideration. Motion denied.

Cook, J., not participating.